4:26CV223-JM

## II. MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Dorothy Hawthorne-Burdine respectfully moves this Court for leave to proceed in forma pauperis pursuant to **28 U.S.C. § 1915**, and states:

1. Plaintiff is unable to pay the filing fees and costs associated with this action.
2. Plaintiff submits a sworn **Application to Proceed Without Prepayment of Fees and Affidavit** concurrently with this motion.
3. Plaintiff's income and assets are insufficient to pay the filing fee without undue hardship.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to proceed in forma pauperis and waive all filing fees and costs.

Respectfully submitted,

**/s/ Dorothy Hawthorne-Burdine**
Plaintiff, Pro Se

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 3 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

5