**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DOROTHY HAWTHORNE-BURDINE** **PLAINTIFF**

**v.** **Case No. 4:26-cv-223-JM**

**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, Honorable Douglas A. Collins, Secretary** **DEFENDANT**

**ORDER**

Dorothy Hawthorne-Burdine's Complaint (Doc. 2) is dismissed without prejudice because she failed file an amended complaint as directed. (Doc. 5). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 5th day of November, 2026.

UNITED STATES DISTRICT JUDGE