**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DOROTHY HAWTHORNE-BURDINE** **PLAINTIFF**

**v.** **Case No. 4:26-cv-223-JM**

**UNITED STATES DEPARTMENT OF**
**VETERANS AFFAIRS, Honorable Douglas**
**A. Collins, Secretary** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day and prior Orders of this Court, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November, 2026.

________________________________
UNITED STATES DISTRICT JUDGE